No. 09–944. PLACER DOME, INC., ET AL. *v.* PROVINCIAL GOVERNMENT OF MARINDUQUE, REPUBLIC OF THE PHILIPPINES. C. A. 9th Cir. Certiorari denied.

No. 09–945. LOUISIANA SAFETY ASSOCIATION OF TIMBERMEN-SELF INSURERS FUND *v.* CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–951. NATIONAL RIGHT TO WORK LEGAL DEFENSE FOUNDATION, INC. *v.* UNITE (UNION OF NEEDLETRADES, INDUSTRIAL & TEXTILE EMPLOYEES, AFL–CIO) ET AL. C. A. 3d Cir. Certiorari denied.

No. 09–960. HOGAN, COMMISSIONER, ALASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL. *v.* KALTAG TRIBAL COUNCIL ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–983. PETERSON *v.* CITY OF FORT WORTH, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 09–989. LOVING *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 09–1023. APEX OIL CO., INC. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 09–1067. MCFADIN, DBA TWO BAR WEST, ET AL. *v.* GERBER, DBA FOXY ROXY'S, DBA ETERNAL PERSPECTIVE HANDBAGS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–1071. GO DADDY SOFTWARE, INC. *v.* EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 09–1100. YANT ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 09–1115. SAMMIS ET AL. *v.* NANCE, INDIVIDUALLY AND AS THE NATURAL FATHER AND NEXT FRIEND OF NANCE, ET AL. C. A. 8th Cir. Certiorari denied.